IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW LOGGINS,

    Petitioner,          No. CIV S-08-2190 EFB P

    vs.

ROBERT HOREL,

    Respondent.        ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On November 14, 2008, petitioner requested an extension of time to submit either the filing fee or an application to proceed in forma pauperis pursuant to the court's October 23, 2008, order. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's November 14, 2008, request is granted and petitioner has 60 days from the date this order is served to submit either the filing fee or an application to proceed in forma pauperis.

DATED: December 2, 2008.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE