IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW LOGGINS,

    Petitioner,                      No. CIV S-08-2190 EFB P

vs.

ROBERT HOREL, et al.,

                                 ORDER

    Respondents.

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. This case is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2).

      Currently pending before the court is petitioner's May 12, 2009, response to the court's April 24, 2009, order to show cause why this action should not be dismissed without prejudice for petitioner's failure to exhaust the available state remedies. For the reasons explained below, this action must be dismissed without prejudice.

      In the April 24, 2009, order to show cause, the court explained the exhaustion requirement. In particular, the court explained that a federal habeas petitioner must have presented to the state's highest court the same claims he asserts as grounds for federal habeas relief. In his response, petitioner explains that he is inexperienced and was unaware of the

1  exhaustion requirement.  He concedes that he did not exhaust and states that he intends to do so.
2  Thus, the court finds that petitioner did not satisfy the exhaustion requirement and, therefore, this
3  action must be dismissed without prejudice.
4      Accordingly, it is hereby ORDERED that this action be dismissed without prejudice for
5  petitioner's failure to exhaust the available state remedies.
6  Dated: July 8, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE